```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 12016
    ANGELA D JACKSON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-4971


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/06/2007 and was confirmed 09/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------------
BARCLAYS CAPITAL REAL ES  CURRENT MORTG        .00            .00             .00
BARCLAYS CAPITAL REAL ES  MORTGAGE ARRE   3290.16             .00         3290.16
AMERICASH LOANS LLC       UNSEC W/INTER    715.46           39.37           26.83
ROUNDUP FUNDING LLC       UNSEC W/INTER   3952.04          217.36          148.21
CHASE HOME FINANCE LLC    UNSEC W/INTER NOT FILED            .00             .00
JAROS TITTLE & OTOOLE     NOTICE ONLY    NOT FILED            .00             .00
LVNV FUNDING              NOTICE ONLY    NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSEC W/INTER   1863.15          102.51           69.87
NICOR GAS                 UNSEC W/INTER NOT FILED            .00             .00
T MOBILE                  UNSEC W/INTER     81.16             .00             .00
HOMEQ SERVCING            NOTICE ONLY    NOT FILED            .00             .00
NELLA E MARIANI           DEBTOR ATTY     3,500.00                       3,500.00
TOM VAUGHN                TRUSTEE                                          567.97
DEBTOR REFUND             REFUND                                           673.08

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              8,635.36

PRIORITY                                        .00
SECURED                                    3,290.16
UNSECURED                                    244.91
    INTEREST                                 359.24
ADMINISTRATIVE                             3,500.00
TRUSTEE COMPENSATION                         567.97
DEBTOR REFUND                                673.08
                    --------------         --------------
TOTALS               8,635.36              8,635.36


               PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 12016 ANGELA D JACKSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE